UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THURSDAY LLC,**

    **Plaintiff,**

v.                                                   Case No: 8:17-cv-1587-T-36AAS

**KLHIP INC., RICHARD D. MARGIANO**
**and RICHARD D. MARGIANO, PLLC,**

    **Defendants.**
_____/

## ORDER OF RECUSAL

This matter comes before the Court sua sponte. Pursuant to Title 28, United States Code, Section 455(a), and upon review of the file, it is appropriate for me to recuse myself. Accordingly, the Clerk of Court is directed to reassign this case, by random draw, to another United States Magistrate Judge.

**DONE and ORDERED** at Tampa, Florida, this 6th day of October, 2017.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge